NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1479


SUSAN GATHE, ET AL.
VERSUS
OAKWOOD VILLAGE NURSE CARE CENTER, INC., ET AL.


\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 20023909,
HONORABLE DURWOOD CONQUE, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*


SYLVIA R. COOKS
JUDGE


\*\*\*\*\*\*\*\*\*\*\*


Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Glenn B. Gremillion, Judges.


APPEAL DISMISSED.

Nicholas Gachassin  Jr.
Julie Savoy
Gachassin & Hunter
Post Office Box 2850
Lafayette, LA 70502
(337) 235-4576
COUNSEL FOR:  DEFENDANTS/APPELLEES
    Evanston Insurance Company
    Betty Zeno
    Oakwood Village Nurse Care Center
    Gloria Coleman

**J. Minos Simon**
**Attorney at Law**
**Post Office Box 52116**
**Lafayette, LA 70505-2116**
**(337) 233-4625**
**COUNSEL FOR:  PLAINTIFFS/APPELLANTS**
    **Catherine Crook**
    **Susan Gathe**

**J. Quentin Simon**
**Attorney at Law**
**Post Office Drawer 52116**
**Lafayette, LA 70505-2116**
**(337) 233-4625**
**COUNSEL FOR:  PLAINTIFFS/APPELLANTS**
    **Catherine Crook**
    **Susan Gathe**